**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jude Nathan CHRISTIAN,**
**Defendant–Appellant.**

**No. 05–40742**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Jude Nathan Christian appeals the sentence imposed following his guilty plea to transporting illegal aliens. Christian argues that the district court erred by ordering him to cooperate in the collection of a DNA sample as a condition of his supervised release. As Christian concedes, such a claim is not ripe for review on direct appeal. *See United States v. Carmichael,* 343 F.3d 756 (5th Cir.2003). Christian seeks to preserve the issue for further review by the Supreme Court. Accordingly, the appeal is dismissed for lack of jurisdiction.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.